# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 19-1172 ODW (FFMx) | Date | January 29, 2020 |
|---|---|---|---|
| Title | *Gwendolyn Marie Gant v. Walmart Inc., et al.* | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH DISCOVERY OBLIGATIONS**

On January 29, 2020, defendant, Walmart Inc. ("Defendant"), filed a motion to compel plaintiff Gwendolyn Marie Gant ("Plaintiff") to provide unqualified responses to Defendant's first set of interrogatories and requests for production of documents, for an order deeming all matters admitted in Defendant's first set of requests for admissions, and for an order imposing sanctions on Plaintiff and Plaintiff's counsel jointly and severally for Plaintiff's failure to respond to Defendant's discovery requests in this matter. (Docket No. 18.) Defendant contends that Plaintiff has failed to respond to interrogatories, requests for production of documents, or requests for admission, despite numerous attempts by Defendant to meet and confer regarding the missing discovery responses. The Court notes that the discovery requests were served on November 8, 2019. Given the foregoing, it does not appear that plaintiff is complying with her discovery obligations or diligently prosecuting this action. Therefore, plaintiff is ordered to show cause in writing within 10 days of the date of this order, if any she has, why this action should not be dismissed for failure to prosecute and/or comply with her discovery obligations.

IT IS SO ORDERED.

: 

Initials of Preparer    JM